UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

|  |  |
|---|---|
|  | 21-CV-9574 (JMF) |
|  | 21-CV-9658 (JMF) |
|  | 21-CV-9661 (JMF) |
|  | 21-CV-9662 (JMF) |
|  | 21-CV-9663 (JMF) |
|  | 21-CV-9666 (JMF) |
|  | 21-CV-9668 (JMF) |
|  | 21-CV-9669 (JMF) |
|  | 21-CV-9677 (JMF) |
|  | 21-CV-9678 (JMF) |
|  | 21-CV-9679 (JMF) |
|  | 21-CV-9683 (JMF) |
|  | 21-CV-9685 (JMF) |
|  | 21-CV-9691 (JMF) |
|  | 21-CV-9693 (JMF) |
|  | 21-CV-9697 (JMF) |
|  | 21-CV-9701 (JMF) |
|  | 21-CV-9703 (JMF) |
|  | 21-CV-9705 (JMF) |
| IN RE: | 21-CV-9713 (JMF) |
|  | 21-CV-9715 (JMF) |
| SECOND WAVE IBM ARBITRATION AGREEMENT | 21-CV-9716 (JMF) |
| LITIGATION | 21-CV-9717 (JMF) |
|  | 21-CV-9718 (JMF) |
|  | 21-CV-9719 (JMF) |
|  | 21-CV-9720 (JMF) |
|  | 21-CV-9721 (JMF) |
|  | 21-CV-9722 (JMF) |
|  | 21-CV-9723 (JMF) |
|  | 21-CV-9724 (JMF) |
|  | 21-CV-9725 (JMF) |
|  | 21-CV-9726 (JMF) |
|  | 21-CV-9727 (JMF) |
|  | 21-CV-9729 (JMF) |
|  | 21-CV-9730 (JMF) |
|  | 21-CV-9731 (JMF) |
|  | 21-CV-9732 (JMF) |
|  | 21-CV-9733 (JMF) |
|  | 21-CV-9734 (JMF) |
|  | 21-CV-9735 (JMF) |
|  | 21-CV-9736 (JMF) |

21-CV-9737 (JMF)<br>
21-CV-9738 (JMF)<br>
21-CV-9739 (JMF)<br>
21-CV-9741 (JMF)<br>
21-CV-9742 (JMF)<br>
21-CV-9743 (JMF)<br>
21-CV-9744 (JMF)<br>
21-CV-9745 (JMF)<br>
<u>ORDER</u>

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The Court held a conference earlier today to discuss, *inter alia*, how to proceed in case number 21-CV-9574 and the other above-captioned actions, which have been reassigned to the undersigned as related to *In re IBM Arbitration Agreement Litigation*, 21-CV-6926. In light of the parties' agreement, and the fact that the above-captioned actions involve common questions of law and fact, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the above-captioned actions are consolidated under case number 21-CV-9574. Notwithstanding such consolidation, the consolidated cases will "retain their separate identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018).

It is further ORDERED that the parties shall, no later than **December 8, 2021**, confer and, if the parties agree, submit a joint letter and proposed order regarding how to proceed regarding these consolidated cases. If the parties do not agree, they shall submit separate letters, not to exceed three pages, explaining their respective positions and separate proposed orders. In addition to filing their proposed order(s) via ECF, the parties shall also submit an electronic copy, in Microsoft Word format, to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the parties shall, no later than **December 8, 2021**, confer and, if the parties agree, submit a joint letter and proposed order regarding how to address

amended pleadings in the consolidated cases.  As noted above, any proposed order shall, in addition to being filed via ECF, be submitted, in Microsoft Word format, to Chambers at [Furman_NYSDChambers@nysd.uscourts.gov](mailto:Furman_NYSDChambers@nysd.uscourts.gov).  If the parties do not agree, they shall file a joint letter, not to exceed three pages, indicating their respective positions and requesting a conference with the Court.

**The Clerk of Court is directed to consolidate the above-captioned cases under case number 21-CV-9574, to conform the docket in 21-CV-9574 to the caption above, and to close the other forty-eight actions listed above.  All future filings relating to these cases shall be made in *In re Second Wave IBM Arbitration Agreement Litigation*, 21-CV-9574.**

SO ORDERED.

Dated: November 24, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

3