UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE:                                                           :    21-CV-9574 (JMF)
                                                                 :
SECOND WAVE IBM ARBITRATION AGREEMENT   :    ORDER
LITIGATION                                                       :
                                                                 :
-----------------------------------------------------------------X
:
DAVID LIESEN,                                                    :
                                                                 :
                        Plaintiff,                               :
                                                                 :
            -v-                                                  :    21-CV-10128 (JMF)
                                                                 :
INTERNATIONAL BUSINESS MACHINES CORP.,   :    ORDER
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that the above-captioned actions involve common questions of law and fact, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, case number 21-CV-10128 is consolidated under case number 21-CV-9574. As noted in the Court's previous Order regarding consolidation, *see* No. 21-CV-9574, ECF No. 5, notwithstanding such consolidation, the consolidated cases will "retain their separate identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018).

      The Clerk of Court is directed to consolidate case number 21-CV-10128 under case number 21-CV-9574 and to close case number 21-CV-10128.

      SO ORDERED.

Dated: December 1, 2021
      New York, New York

                                                   JESSE M. FURMAN
                                              United States District Judge