UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SECOND WAVE IBM ARBITRATION AGREEMENT LITIGATION | Case No. 21-CV-9574 (JMF)<br><br>**ORDER** |

  WHEREAS, on November 24, 2021, District Judge Furman entered an order directing the parties to "confer and, if the parties agree, submit a joint letter and proposed order regarding how to proceed regarding *[In Re: Second Wave IBM Arbitration Agreement Litigation]*";

  WHEREAS, on November 24, 2021, District Judge Furman also directed the parties to "confer and, if the parties agree, submit a joint letter and proposed order regarding how to address amended pleadings in *[In Re: Second Wave IBM Arbitration Agreement Litigation]*";

  WHEREAS, the parties have conferred and agreed to the following procedure regarding how to proceed and how to address amended pleadings in the cases consolidated under *In Re: Second Wave IBM Arbitration Agreement Litigation*:

1. By **December 16, 2021**, Plaintiffs will file any proposed amended pleadings.

2. Within seven days of Plaintiffs' filing of the amended pleadings (i.e., no later than **December 23, 2021**, unless otherwise ordered by the Court), the parties will (i) confer regarding how to proceed and how to address the amended pleadings, and (ii) submit letters and proposed orders with the Court as follows.  If the parties agree on how to proceed, the parties will submit a joint letter and proposed order reflecting their agreed upon position.  If the parties do not agree, the parties will submit separate letters (not to exceed three pages) and proposed orders reflecting their respective proposals.  Any proposed order(s) shall, in addition to being filed via ECF, be submitted, in Microsoft Word format, to Chambers at Furman_NYSDChambers@nysd.uscourts.gov.

3. Any deadlines to answer, move, or otherwise respond to the consolidated complaints and/or to the amended complaints are suspended pending further order of the Court.

  SO ORDERED.

Dated: December 9, 2021
    New York, New York

                     Hon. Jesse M. Furman
                     United States District Judge