UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

GARRETT TRAPP, *Executor of the Estate of Clifford Trapp, Deceased*

                    Plaintiff,                    21-CV-10979 (JMF)

                -v-                                        ORDER

INTERNATIONAL BUSINESS MACHINES CORP.,

                    Defendant.

----------------------------------------------------------------X

IN RE:                                             21-CV-9574 (JMF)

SECOND WAVE IBM ARBITRATION AGREEMENT LITIGATION           ORDER

----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On December 22, 2021, Plaintiff Trapp filed the complaint in 21-CV-10979. As of this Order, no motion for consolidation has been filed, but the Court accepted the case as related to the cases consolidated under 21-CV-9574, and the cases appear to involve common questions of law and fact.

       The Court is inclined to consolidate this case with 21-CV-9574 pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **January 12, 2022**. If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice.

       SO ORDERED.

Dated: January 5, 2022
       New York, New York

                                                          JESSE M. FURMAN
                                                          United States District Judge