UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
IN RE:                                                            :    21-CV-9574 (JMF)
                                                                  :
SECOND WAVE IBM ARBITRATION AGREEMENT                             :    ORDER
LITIGATION                                                        :
                                                                  :
------------------------------------------------------------------X
                                                                  :
GARRETT TRAPP,                                                    :
                                                                  :
              Plaintiff,                                          :
                                                                  :
      -v-                                                         :    21-CV-10979 (JMF)
                                                                  :
INTERNATIONAL BUSINESS MACHINES CORP.,                            :    ORDER
                                                                  :
              Defendant.                                          :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that the above-captioned actions involve common questions of law and fact, it is hereby ORDERED that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, case number 21-CV-10979 is consolidated under case number 21-CV-9574.  As noted in the Court's previous Order regarding consolidation, *see* No. 21-CV-9574, ECF No. 5, notwithstanding such consolidation, the consolidated cases will "retain their separate identities." *Hall v. Hall*, 138 S. Ct. 1118, 1128-31 (2018).

      The Clerk of Court is directed to consolidate case number 21-CV-10979 under case number 21-CV-9574 and to close case number 21-CV-10979.

      SO ORDERED.

Dated: January 13, 2022
      New York, New York
                                                               JESSE M. FURMAN
                                                           United States District Judge