April 1, 2022

<u>CM/ECF</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:     <u>*In re: Second Wave IBM Arbitration Agreement Litigation*</u>, No. 21-CV-
9574-JMF

Dear Judge Furman:

Plaintiffs and Defendant International Business Machines Corporation ("IBM") jointly submit this letter motion to stay this proceeding. The parties have reached a tentative resolution, and Plaintiffs anticipate filing stipulations of dismissal with prejudice pursuant to Fed. R. Civ. P. 41 in the coming weeks. As such, the parties respectfully request a full stay of the above-captioned proceeding. This proceeding involves a total of 50 consolidated cases, including 48 consolidated on November 24, 2021 (Dkt. No. 5),[1] one case consolidated on December 1, 2021 (Dkt. No. 6), and one case consolidated on January 14, 2022 (Dkt. No. 22). We further request that Your Honor issue no further decisions, including any decisions relating to Defendant's pending motion to dismiss (Dkt. Nos. 25, 26, 36). The parties agree that a stay will further the interests of judicial economy and efficiency and facilitate the final resolution of this matter. The parties further agree to file either stipulations of dismissal or a status report by April 29, 2022.

For the avoidance of doubt, the parties do not seek a stay of the cases currently before Your Honor in *In re: IBM Arbitration Agreement Litigation*, No. 21-CV-6296-JMF.

If this joint request for a stay meets with Your Honor's approval, a "So Ordered" line is provided below for the Court's convenience.

---

[1] While the November 24, 2021 consolidation order (Dkt. No. 5) refers to 49 cases, this includes duplicate cases (with identical complaints) for plaintiff Jeffrey Roberts. *See Roberts v. Int'l Bus. Machs. Corp.*, No. 21-cv-9717; *see also Roberts v. Int'l Bus. Machs. Corp.*, No. 21-cv-9719.

Hon. Jesse M. Furman
April 1, 2022
Page 2

Respectfully submitted,


*s/ Shannon Liss-Riordan*

Shannon Liss-Riordan
Counsel for Plaintiffs


*s/ Matthew W. Lampe*

Matthew W. Lampe
Counsel for Defendant


IT IS SO ORDERED.

DATED: _____          _____
                                      Hon. Jesse M. Furman
                                      United States District Judge